

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

October 02, 2024

Superior Court of California
County of Los Angeles
111 N. Hill Street
Los Angeles CA 90012

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**OCT 08 2024**

David W. Slayton, Executive Officer/Clerk of Court

Re:   Case Number: 2:24-cv-08387-PA-SKx

Previously Superior Court Case No.: 24STCV19914

Case Name: Rebeka Rodriguez v. Service Lighting and Electrical Supplies, Inc.

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____October 2, 2024_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

[☑] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

FILED
CLERK U.S. DISTRICT COURT
OCT 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CISA    DEPUTY

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

Encls.
cc: Counsel of record

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

Date: 10-8-24

By: _Natalie Osolla_
Deputy Clerk